| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA ALLISON, #179741 |
| | CHRISTINA SINHA, # 278893 |
| 3 | Assistants for the Federal Defender |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Tel: 916-498-5700  Fax: 916-498-5710 |
| 5 | |
| 6 | Attorneys for Defendant |
| | GERALD WILLIAMS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:19-cr-00061-KJM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER SETTING |
| v. | ) MOTION TO SUPPRESS BRIEFING |
| | ) SCHEDULE |
| GERALD WILLIAMS, | ) |
| | ) Date: May 20, 2019 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Kimberly J. Mueller |
| | ) |

The parties, plaintiff United States of America and defendant Gerald Williams, through their respective undersigned counsel, hereby stipulate and request the Court to order that the following briefing schedule be set regarding defendant's motion to suppress:

| | |
|---|---|
| Defendant's motion filed: | April 17, 2019 (ECF 14) |
| Government's opposition due: | May 6, 2019 |
| Defendant's reply due: | May 13, 2019 |
| Motion hearing set: | May 20, 2019 at 9:00 a.m. |

///

///

///

-1-

| | | |
|---|---|---|
| DATED: April 18, 2019 | | Respectfully submitted, |
| | | HEATHER WILLIAMS<br>Federal Defender |
| | | */s/ Linda Allison*<br>LINDA ALLISON<br>Assistant Federal Defender<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>GERALD WILLIAMS |
| Dated: April 18, 2019 | | McGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Linda C. Allison for*<br>CHRISTOPHER HALES<br>Assistant United States Attorney<br>STEPHEN CODY<br>Special Assistant U.S. Attorney |

O R D E R

IT IS SO ORDERED.

Dated: April 24, 2019.

_____
UNITED STATES DISTRICT JUDGE