UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:19-cr-00061-KJM |
| Plaintiff, | ) ) ) | ORDER TO DISMISS AND VACATE DATES |
| v. | ) ) | DATE: May 20, 2019 TIME: 9:00 a.m. |
| GERALD FRANKLIN WILLIAMS, | ) ) | JUDGE: Hon. Kimberly J. Mueller |
| Defendant. | ) ) ) | |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:19-cr-00061-KJM without prejudice is GRANTED.

It is further ordered that all Court-ordered dates are vacated.

IT IS SO ORDERED.

DATED: April 25, 2019.

_____
UNITED STATES DISTRICT JUDGE